# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Hon. Bradley R. Burget
DA - Catahoula Parish
P. O. Box 600
Harrisonburg LA 71340

David Robert Opperman
Concordia Parish, ADA
4001 Carter Street-Suite 9
Vidalia LA 71373

**REHEARING ACTION: March 13, 2013**

**Docket Number: 13   00152-KW**

**STATE OF LOUISIANA**
**VERSUS**
**MICHAEL W. WASHINGTON**

**Writ Application from Catahoula Parish Case No. 12-2310 to 12-2321**

<u>**BEFORE JUDGES**</u>:

**Hon. Jimmie C. Peters**
**Hon. James T. Genovese**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **State of Louisiana** is

> <u>**REHEARING DENIED**</u>.  Information received from the Catahoula Parish
> Clerk of Court's Office indicates no evidence of an ad hoc appointment.

cc: Paul A. Lemke, Counsel for the Applicant